IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00304-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAMES GRABER,

    Defendant.
_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    This matter comes before the Court on defendant's Notice of Disposition [Docket No. 39], which contemplates a Rule 20 disposition. The parties shall file a status report regarding the filing of charges against defendant in the District of Nebraska and the Southern District of Iowa on or before June 11, 2012.

    DATED May 2, 2012.